STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG, ESQ.        (SBN 113755)
BARRY SULLIVAN, ESQ.           (SBN 136571)
RICHARD LOVICH, ESQ.           (SBN 113472)
CHRISTOPHER HAPAK, ESQ.        (SBN 267212)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD d/b/a LPCH MEDICAL CENTER, a California non-profit public benefit corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD d/b/a LPCH MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARIZONA PHYSICIANS IPA, INC. d/b/a UNITEDHEALTHCARE ARIZONA PHYSICIANS IPA, an Arizona for-profit corporation, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants. | Case No.:   3:12-cv-02957-RS<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL AND WAIVER OF COSTS<br><br>Hon. Richard Seeborg |

//

//

1
2  Based upon the stipulation of the parties and for good cause shown,
3     **IT IS HEREBY ORDERED** that Plaintiff's, LUCILE SALTER
4  PACKARD CHILDREN'S HOSPITAL AT STANFORD, present action against
5  Defendant, ARIZONA PHYSICIANS IPA, INC. d/b/a UNITEDHEALTHCARE
6  ARIZONA PHYSICIANS IPA, is hereby dismissed with prejudice as before this
7  Court.  This dismissal shall not preclude Plaintiff from pursuing its administrative
8  remedies or ultimately filing an action for the claims at issue with the Superior
9  Court of Arizona in accordance with the applicable Arizona statues and
10 regulations.  Each party shall bear its own costs and attorneys' fees incurred in the
11 present action.
12
13
14 DATED:  7/2_____, 2012
15
16                              By:_____/s/ Richard Seeborg_____
17                                 Hon. Richard Seeborg
                                    Judge of the U.S. District Court
18
19
20
21
22
23
24
25
26
27
28